# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CATON, MICHAEL STEVEN | § | Case No. 10-28359 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/BRADLEY J. WALLER_____
            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-28359 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|---|
| Case Name: | CATON, MICHAEL STEVEN | | | Date Filed (f) or Converted (c): | 06/24/10 (f) |
| | | | | 341(a) Meeting Date: | 08/05/10 |
| For Period Ending: | 03/16/12 | | | Claims Bar Date: | 08/24/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary Residence | 265,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Savings - Harris Bank | 36.95 | 0.00 | DA | 0.00 | FA |
| 3. Household goods | 3,179.00 | 0.00 | DA | 0.00 | FA |
| 4. Books, pictures | 3,700.00 | 0.00 | DA | 0.00 | FA |
| 5. Clothing, suits | 300.00 | 0.00 | DA | 0.00 | FA |
| 6. Firearms, hobby | 1,020.00 | 0.00 | DA | 0.00 | FA |
| 7. Interest in Steve Caton Inc | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. Interests in partnerships - 35% - Caton Comm | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. Accounts receivable | 28,437.50 | 28,437.50 | DA | 0.00 | FA |
| 10. Computer equipment & tools of trade | 1,799.00 | 0.00 | DA | 0.00 | FA |
| 11. 24.832% interest in Hospitality Group (u) | 0.00 | 0.00 | | 20,000.00 | 0.00 |
| 12. 25% interest in Crest Hill TLE LLC (u) | 0.00 | 0.00 | | 10,000.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.50 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $303,472.45     $28,437.50     $30,000.50     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 03/31/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-28359 -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | CATON, MICHAEL STEVEN | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******3865  Money Market Account |
| Taxpayer ID No: | *******7415 | | | |
| For Period Ending: | 03/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/06/11 | 11 | Jamet M Isley Naperville Bank & Trust | per court order of 09/02/2011 DEPOSIT CHECK #043059 | 1229-000 | 10,000.00 | | 10,000.00 |
| 09/06/11 | 11 | Janet M. Isley Naperville Bank & Trust | per court order of 09/02/2011 DEPOSIT CHECK #043066 | 1229-000 | 5,000.00 | | 15,000.00 |
| 09/06/11 | 11 | Jamet M. Isley Naperville Bank & Trust | per court order of 09/02/2011 DEPOSIT CHECK #043067 | 1229-000 | 5,000.00 | | 20,000.00 |
| 09/26/11 | 12 | First Midwest Bank | per court order of 09/23/2011 DEPOSIT CHECK #100278150 | 1229-000 | 5,000.00 | | 25,000.00 |
| 09/26/11 | 12 | First Midwest Bank | per court order of 09/23/11 DEPOSIT CHECK #100278176 | 1229-000 | 5,000.00 | | 30,000.00 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 30,000.13 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.19 | 29,967.94 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,968.18 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.53 | 29,908.65 |
| 11/18/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.13 | | 29,908.78 |
| 11/18/11 | | To Acct #*******3866 | | 9999-000 | | 29,908.78 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 30,000.50 | 30,000.50 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 29,908.78 | |
| Subtotal | 30,000.50 | 91.72 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 30,000.50 | 91.72 | |

Page Subtotals     30,000.50     30,000.50

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Ver: 16.05d

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| | |
|---|---|
| Case No: | 10-28359 -BB |
| Case Name: | CATON, MICHAEL STEVEN |
| Taxpayer ID No: | *******7415 |
| For Period Ending: | 03/16/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******3866 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/18/11 | | From Acct #*******3865 | | 9999-000 | 29,908.78 | | 29,908.78 |
| 01/26/12 | | Transfer to Acct #*******3317 | Bank Funds Transfer | 9999-000 | | 29,908.78 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 29,908.78 | 29,908.78 | 0.00 |
| Less: Bank Transfers/CD's | | 29,908.78 | 29,908.78 | |
| Subtotal | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 0.00 | |

Page Subtotals  29,908.78  29,908.78

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 10-28359 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | CATON, MICHAEL STEVEN | Bank Name: | Congressional Bank |
|  |  | Account Number / CD #: | *******3317  Checking Account |
| Taxpayer ID No: | *******7415 |  |  |
| For Period Ending: | 03/16/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/26/12 |  | Transfer from Acct #*******3866 | Bank Funds Transfer | 9999-000 | 29,908.78 |  | 29,908.78 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 29,908.78 | 0.00 | 29,908.78 |
| Less:  Bank Transfers/CD's | 29,908.78 | 0.00 |  |
| Subtotal | 0.00 | 0.00 |  |
| Less:  Payments to Debtors |  | 0.00 |  |
| Net | 0.00 | 0.00 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********3865 | 30,000.50 | 91.72 | 0.00 |
| Checking Account - ********3866 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********3317 | 0.00 | 0.00 | 29,908.78 |
|  | ------------------------ | ------------------------ | ------------------------ |
|  | 30,000.50 | 91.72 | 29,908.78 |
|  | ============== | ============== | ============== |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   29,908.78   0.00

| | | | * | | |
|---|---|---|---|---|---|
| Page 1 | | | ANALYSIS OF CLAIMS REGISTER | | Date: March 16, 2012 |

Case Number: 10-28359                    Claim Class Sequence
Debtor Name: CATON, MICHAEL STEVEN

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200<br>2200-00 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Administrative | | $140.20 | $0.00 | $140.20 |
| 200<br>2100-00 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Administrative | | $3,750.05 | $0.00 | $3,750.05 |
| 4P<br>570<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Priority | | $29,056.05 | $0.00 | $29,056.05 |
| 1<br>610<br>7100-00 | K'Odak Mechanical, Inc.<br>Kevin P O'Flaherty Appel & Kelly Ltd<br>8840 Calumet Ave Suite 205<br>Munster, IN  46321 | Unsecured | | $58,681.78 | $0.00 | $58,681.78 |
| 2<br>610<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Unsecured | | $2,414.41 | $0.00 | $2,414.41 |
| 3<br>610<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Unsecured | | $10,166.15 | $0.00 | $10,166.15 |
| 4U<br>610<br>7100-00 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Unsecured | | $22.00 | $0.00 | $22.00 |
| 5<br>610<br>7100-00 | sallie mae<br>c/o sallie mae inc.<br>220 lasley ave.<br>wilkes-barre, PA  18706 | Unsecured | | $871.99 | $0.00 | $871.99 |
| 6<br>610<br>7100-00 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH  44101 | Unsecured | | $23,521.31 | $0.00 | $23,521.31 |
| | Case Totals: | | | $128,623.94 | $0.00 | $128,623.94 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-28359
Case Name: CATON, MICHAEL STEVEN
Trustee Name: BRADLEY J. WALLER

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ | $ | $ |
| Trustee Expenses: BRADLEY J. WALLER | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Department of the Treasury | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | K'Odak Mechanical, Inc. | $ | $ | $ |
| 2 | Chase Bank USA, N.A. | $ | $ | $ |
| 3 | Chase Bank USA, N.A. | $ | $ | $ |
| 4U | Department of the Treasury | $ | $ | $ |
| 5 | sallie mae | $ | $ | $ |
| 6 | PNC BANK | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE