# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CATON, MICHAEL STEVEN | § | Case No. 10-28359 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IL/EASTERN DIVISION
219 S. DEARBORN STREET
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 05/11/2012 in Courtroom ,

Will County Court Annex
57 N. Ottawa
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/16/2012          By: /s/ Bradley J. Waller
                                                            Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | § |
| | § |
| CATON, MICHAEL STEVEN | §   Case No. 10-28359 |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 30,000.50 |
| and approved disbursements of | $ | 91.72 |
| leaving a balance on hand of[1] | $ | 29,908.78 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $   3,750.05 | $   0.00 | $   3,750.05 |
| Trustee Expenses: BRADLEY J. WALLER | $   140.20 | $   0.00 | $   140.20 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $   3,890.25 |
| Remaining Balance | $   26,018.53 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 29,056.05  must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Department of the Treasury | $        29,056.05 | $              0.00 | $        26,018.53 |

Total to be paid to priority creditors            $                26,018.53

Remaining Balance            $                        0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 95,677.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | K'Odak Mechanical, Inc. | $        58,681.78 | $              0.00 | $              0.00 |
| 2 | Chase Bank USA, N.A. | $          2,414.41 | $              0.00 | $              0.00 |
| 3 | Chase Bank USA, N.A. | $        10,166.15 | $              0.00 | $              0.00 |
| 4U | Department of the Treasury | $               22.00 | $              0.00 | $              0.00 |
| 5 | sallie mae | $             871.99 | $              0.00 | $              0.00 |
| 6 | PNC BANK | $        23,521.31 | $              0.00 | $              0.00 |

Total to be paid to timely general unsecured creditors            $                        0.00

Remaining Balance            $                        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller _____
                                              Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 10-28359-BWB
Steven Michael Caton                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: cgreen        Page 1 of 2        Date Rcvd: May 25, 2011
                           Form ID: ntcftfc7    Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2011.
| | | |
|---|---|---|
| db | +Steven Michael Caton, | 16332 Hidden River Drive,   Plainfield, IL 60586-5449 |
| aty | +Bruce E de'Medici, | Belongia, Shapiro & Franklin, LLP,   20 S. Clark Street,   Suite 300, |
| | Chicago, IL 60603-1896 | |
| tr | +Bradley J Waller, | Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court, |
| | Sycamore, IL 60178-3140 | |
| 15764131 | +American Chartered Bank, | 4685 Winfield Road,   Warrenville, IL 60555-3923 |
| 15844997 | +Ardmin Property Management Group, | (as agent for landlord),   20280 Governors Highway, Ste 205, |
| | Olympia Fields, IL 60461-1070 | |
| 15844998 | +Ardovich, Joe; Madsen, Dennis; Minick, Jim, | 20280 Governors Highway, Ste 205, |
| | Olympia Fields, IL 60461-1070 | |
| 15764130 | +Bank of America, | Home Loans Servicing, LP,   P.O. Box 650070,   Dallas, TX 75265-0070 |
| 15844999 | +Benson, Ted; Oliver, Harold; Venagoni, Rick, | 1022 Doublas Road,   Oswego, IL 60543-9865 |
| 15845001 | +Breslar, Scott; Breslar, Diane, | 3205 Southmor Rd.,   Morris, IL 60450-8197 |
| 15764128 | +Catalano, Caboor & Co. Ltd., | 101 W. 22nd Street,   Suite 207,   Lombard, IL 60148-4989 |
| 15764132 | +Comcast, | P.O. Box 3002,   Southeastern, PA 19398-3002 |
| 15845002 | +Financial Pacific Leasing, LLC, | 3455 S. 344th Way, Ste 300,   Federal Way, WA 98001-9546 |
| 15845004 | +Hargis, David B. & Paula M; Portlock, Vince, | Shutts, Shutts & Portlock,   323 Springfield Ave, |
| | Joliet, IL 60435-8240 | |
| 15845005 | +Harris Bank, | 2251 S. Route 59,   Plainfield, IL 60586-9819 |
| 15845023 | +Illinois Dept of Employment Security, | Benefit Payment Control Division,   PO Box 4385, |
| | Chicago, IL 60680-4385 | |
| 15845006 | +Illiopolis, George; Mayer, Brian, | 142 E. Lake St.,   Bloomingdale, IL 60108-1195 |
| 15764134 | John Argoudelis, | Law Offices of John F. Argoudelis,   15133 South Route 59, |
| | Plainfield, IL 60544-2822 | |
| 16175880 | +K'Odak Mechanical, Inc., | Kevin P O'Flaherty Appel & Kelly Ltd,   8840 Calumet Ave Suite 205, |
| | Munster, IN 46321-2546 | |
| 15845007 | +Kodak Mechanical, Inc, | 475 S. Frontage Rd,   Burr Ridge, IL 60527-6225 |
| 15845008 | +Law Office of John G. Argoudelis, LLC, | 15133 South Route 59,   Plainfield, IL 60544-2822 |
| 15845009 | +Leupold, Alan & Penny, | 25818 W. Sussex Rd.,   Plainfield, IL 60586-8253 |
| 15845010 | +Lipien, Dave, | 332 Big Rail Drive,   Naperville, IL 60540-4466 |
| 15845011 | +Maragani, Goud, | 3006 13th Street, NW Apt. A,   Washington, DC 20009-7985 |
| 15845012 | +Montgomery, Will, | 1805 Meadow Lane,   Bannockburn, IL 60015-1846 |
| 15844996 | +National City (PNC Bank), | P O Box 856177,   Louisville, KY 40285-6177 |
| 15845013 | +National City (PNC), | P O Box 856177,   Louisville, KY 40285-6177 |
| 15845014 | +Oswego Community Bank, | c/o Alschuler Simantz & Hem LLC,   1961 West Downer Place, |
| | Aurora, IL 60506-4384 | |
| 15764136 | +PNC Bank, | 9910/9719,   c/o Mark Gittelman,   1600 Market Street,   28th Floor, |
| | Philadelphia, PA 19103-7239 | |
| 15845019 | +Paige Sharp, | 206 Spring Valley Ln.,   West Lafayette, IN 47906-9402 |
| 15845020 | +Robert Monaco, | 606 Reserve Lane,   Joliet, IL 60431-4888 |
| 15845015 | Sallie Mae, | Wilkes-Barre, PA 18773 |
| 15845016 | +Self, Gretchen,, | c/o Brandon W. Self,   Elite Financial Advisor,   15255 S. 94th Ave., Ste 405, |
| | Orland Park, IL 60462-3889 | |
| 15845017 | +The Enterprise, | P O Box 1613,   Plainfield, IL 60544-3613 |
| 15845018 | +Tolbert, Irene, | 3020 Crib Point Dr.,   Las Vegas, NV 89134-7401 |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
| | | |
|---|---|---|
| 15845000 | +EDI: CHASE.COM May 25 2011 22:48:00 | Chase Bank,   Cardmember Service,   P O Box 15153, |
| | Wilmington, DE 19886-5153 | |
| 15764133 | +EDI: CHASE.COM May 25 2011 22:48:00 | Chase Credit Card,   2260/4840,   Cardmember Service, |
| | P.O. Box 15153,   Wilmington, DE 19886-5153 | |
| 15845022 | EDI: IRS.COM May 25 2011 22:48:00 | Department of the Treasury-Internal Revenue Servic, |
| | Centralized Insolvency Operations,   PO Box 21126,   Philadelphia PA 19114 | |
| 15764129 | +EDI: SALMAESERVICING.COM May 25 2011 22:48:00 | Sallie Mae,   2807-1,   P.O. Box 9533, |
| | Wilkes-Barre, PA 18773-9533 | |

                                                                   TOTAL: 4

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
| | | |
|---|---|---|
| aty* | +Bradley J Waller, | Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court, |
| | Sycamore, IL 60178-3140 | |
| 15845003* | ++++FIRST MIDWEST BANK, | 24023 W LOCKPORT ST,   PLAINFIELD IL 60544-1652 |
| | (address filed with court: First Midwest Bank,   410 W. Lockport Rd..,   Plainfield, IL 60544) | |
| 15844995* | ++++FIRST MIDWEST BANK, | 24023 W LOCKPORT ST,   PLAINFIELD IL 60544-1652 |
| | (address filed with court: First Midwest Bank,   410 West Lockport Road,   Plainfield, IL 60586) | |
| 15764135 | ##+First Midwest Bank, | 24023 W Lockport St.,   Plainfield, IL 60544-1652 |

                                                                   TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).