UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| CATON, MICHAEL STEVEN | § | Case No. 10-28359 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IL/EASTERN DIVISION
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 05/11/2012 in Courtroom ,
Will County Court Annex
57 N. Ottawa
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/16/2012                By: /s/ Bradley J. Waller
                                              Trustee

BRADLEY J. WALLER
2045 Aberdeen Court
SYCAMORE, IL 60178

UST Form 101-7-NFR (5/1/2011) (Page: 1)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CATON, MICHAEL STEVEN § Case No. 10-28359
§
Debtor(s) §

### SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 30,000.50 |
| and approved disbursements of | $ | 91.72 |
| leaving a balance on hand of[1] | $ | 29,908.78 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 3,750.05 | $ 0.00 | $ 3,750.05 |
| Trustee Expenses: BRADLEY J. WALLER | $ 140.20 | $ 0.00 | $ 140.20 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,890.25 |
| Remaining Balance | $ | 26,018.53 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 29,056.05 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Department of the Treasury | $ 29,056.05 | $ 0.00 | $ 26,018.53 |
| | Total to be paid to priority creditors | | $ | 26,018.53 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 95,677.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | K'Odak Mechanical, Inc. | $ 58,681.78 | $ 0.00 | $ 0.00 |
| 2 | Chase Bank USA, N.A. | $ 2,414.41 | $ 0.00 | $ 0.00 |
| 3 | Chase Bank USA, N.A. | $ 10,166.15 | $ 0.00 | $ 0.00 |
| 4U | Department of the Treasury | $ 22.00 | $ 0.00 | $ 0.00 |
| 5 | sallie mae | $ 871.99 | $ 0.00 | $ 0.00 |
| 6 | PNC BANK | $ 23,521.31 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 10-28359   Doc 66   Filed 04/17/12   Entered 04/19/12 23:41:13   Desc Imaged
Case 10-28359   Doc 41   Filed 05/25/11  Entered 05/27/11 23:22:08   Desc Imaged
                         Certificate of Service   Page 5 of 6

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-28359-BWB
Steven Michael Caton                                                Chapter 7
         Debtor                        **CERTIFICATE OF NOTICE**

District/off: 0752-1         User: cgreen              Page 1 of 2             Date Rcvd: May 25, 2011
                             Form ID: ntcftfc7        Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2011.
```
db           +Steven Michael Caton,    16332 Hidden River Drive,    Plainfield, IL 60586-5449
aty          +Bruce E de'Medici,    Belongia, Shapiro & Franklin, LLP,    20 S. Clark Street,   Suite 300,
               Chicago, IL 60603-1896
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
15764131     +American Chartered Bank,    4685 Winfield Road,   Warrenville, IL 60555-3923
15844997     +Ardmin Property Management Group,    (as agent for landlord),   20280 Governors Highway, Ste 205,
               Olympia Fields, IL 60461-1070
15844998     +Ardovich, Joe; Madsen, Dennis; Minick, Jim,    20280 Governors Highway, Ste 205,
               Olympia Fields, IL 60461-1070
15764130     +Bank of America,    Home Loans Servicing, LP,   P.O. Box 650070,    Dallas, TX 75265-0070
15844999     +Benson, Ted; Oliver, Harold; Venagoni, Rick,    1022 Doublas Road,    Oswego, IL 60543-9865
15845001     +Breslar, Scott; Breslar, Diane,    3205 Southmor Rd.,    Morris, IL 60450-8197
15764128     +Catalano, Caboor & Co. Ltd.,    101 W. 22nd Street,    Suite 207,   Lombard, IL 60148-4989
15764132     +Comcast,    P.O. Box 3002,   Southeastern, PA 19398-3002
15845002     +Financial Pacific Leasing, LLC,    3455 S. 344th Way, Ste 300,   Federal Way, WA 98001-9546
15845004     +Hargis, David B. & Paula M; Portlock, Vince,    Shutts, Shutts & Portlock,   323 Springfield Ave,
               Joliet, IL 60435-8240
15845005     +Harris Bank,    2251 S. Route 59,   Plainfield, IL 60586-9819
15845023     +Illinois Dept of Employment Security,    Benefit Payment Control Division,   PO Box 4385,
               Chicago IL 60680-4385
15845006     +Illiopolis, George; Mayer, Brian,    142 E. Lake St.,    Bloomingdale, IL 60108-1195
15764134      John Argoudelis,    Law Offices of John F. Argoudelis,    15133 South Route 59,
               Plainfield, IL 60544-2822
16175880     +K'Odak Mechanical, Inc.,    Kevin P O'Flaherty Appel & Kelly Ltd,    8840 Calumet Ave Suite 205,
               Munster, IN 46321-2546
15845007     +Kodak Mechanical, Inc,    475 S. Frontage Rd,   Burr Ridge, IL 60527-6225
15845008     +Law Office of John G. Argoudelis, LLC,    15133 South Route 59,   Plainfield, IL 60544-2822
15845009     +Leupold, Alan & Penny,    25818 W. Sussex Rd.,   Plainfield, IL 60586-8253
15845010     +Lipien, Dave,    332 Big Rail Drive,   Naperville, IL 60540-4466
15845011     +Maragani, Goud,    3006 13th Street, NW Apt. A,   Washington, DC 20009-7985
15845012     +Montgomery, Will,    1805 Meadow Lane,   Bannockburn, IL 60015-1846
15844996     +National City (PNC Bank),    P O Box 856177,   Louisville, KY 40285-6177
15845013     +National City (PNC),    P O Box 856177,   Louisville, KY 40285-6177
15845014     +Oswego Community Bank,    c/o Alschuler Simantz & Hem LLC,    1961 West Downer Place,
               Aurora, IL 60506-4384
15764136     +PNC Bank,    9910/9719,   c/o Mark Gittelman,    1600 Market Street,   28th Floor,
               Philadelphia, PA 19103-7239
15845019     +Paige Sharp,    206 Spring Valley Ln.,    West Lafayette, IN 47906-9402
15845020     +Robert Monaco,    606 Reserve Lane,   Joliet, IL 60431-4888
15845015      Sallie Mae,    Wilkes-Barre, PA 18773
15845016     +Self, Gretchen,,   c/o Brandon W. Self,    Elite Financial Advisor,    15255 S. 94th Ave., Ste 405,
               Orland Park, IL 60462-3889
15845017     +The Enterprise,    P O Box 1613,   Plainfield, IL 60544-3613
15845018     +Tolbert, Irene,    3020 Crib Point Dr.,   Las Vegas, NV 89134-7401
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15845000     +EDI: CHASE.COM May 25 2011 22:48:00      Chase Bank,   Cardmember Service,    P O Box 15153,
               Wilmington, DE 19886-5153
15764133     +EDI: CHASE.COM May 25 2011 22:48:00      Chase Credit Card,    2260/4840,   Cardmember Service,
               P.O. Box 15153,   Wilmington, DE 19886-5153
15845022      EDI: IRS.COM May 25 2011 22:48:00      Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    PO Box 21126,   Philadelphia PA 19114
15764129     +EDI: SALMAESERVICING.COM May 25 2011 22:48:00      Sallie Mae,   2807-1,    P.O. Box 9533,
               Wilkes-Barre, PA 18773-9533
                                                                                              TOTAL: 4
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*         +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
15845003*    ++++FIRST MIDWEST BANK,    24023 W LOCKPORT ST,   PLAINFIELD IL 60544-1652
              (address filed with court: First Midwest Bank,     410 W. Lockport Rd.,   Plainfield, IL 60544)
15844995*    ++++FIRST MIDWEST BANK,    24023 W LOCKPORT ST,   PLAINFIELD IL 60544-1652
              (address filed with court: First Midwest Bank,     410 West Lockport Road,    Plainfield, IL 60586)
15764135      ##+First Midwest Bank,    24023 W Lockport St,   Plainfield, IL 60544-1652
                                                                                   TOTALS: 0, * 3, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
                               United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                  Case No. 10-28359-BWB
Steven Michael Caton                                                    Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1           User: cgreen                 Page 1 of 3                   Date Rcvd: Apr 17, 2012
                               Form ID: pdf006              Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2012.
db           +Steven Michael Caton,    16332 Hidden River Drive,    Plainfield, IL 60586-5449
15764131     +American Chartered Bank,    4685 Winfield Road,    Warrenville, IL 60555-3923
15844997     +Ardmin Property Management Group,    (as agent for landlord),    20280 Governors Highway, Ste 205,
               Olympia Fields, IL 60461-1070
15844998     +Ardovich, Joe; Madsen, Dennis; Minick, Jim,    20280 Governors Highway, Ste 205,
               Olympia Fields, IL 60461-1070
15764130     +Bank of America,   Home Loans Servicing, LP,    P.O. Box 650070,    Dallas, TX 75265-0070
15844999     +Benson, Ted; Oliver, Harold; Venagoni, Rick,    1022 Doublas Road,    Oswego, IL 60543-9865
15845001     +Breslar, Scott; Breslar, Diane,    3205 Southmor Rd.,    Morris, IL 60450-8197
15764128     +Catalano, Caboor & Co. Ltd.,    101 W. 22nd Street,    Suite 207,    Lombard, IL 60148-4989
15845000     +Chase Bank,   Cardmember Service,    P O Box 15153,    Wilmington, DE 19886-5153
17411578      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
15764133     +Chase Credit Card,    2260/4840,   Cardmember Service,    P.O. Box 15153,
               Wilmington, DE 19886-5153
15764132     +Comcast,   P.O. Box 3002,    Southeastern, PA 19398-3002
15845002     +Financial Pacific Leasing, LLC,    3455 S. 344th Way, Ste 300,    Federal Way, WA 98001-9546
15764135     +First Midwest Bank,    24023 W Lockport St,   Plainfield, IL 60544-1652
15845004     +Hargis, David B. & Paula M; Portlock, Vince,    Shutts, Shutts & Portlock,    323 Springfield Ave,
               Joliet, IL 60435-8240
15845005     +Harris Bank,    2251 S. Route 59,   Plainfield, IL 60586-9819
15845023     +Illinois Dept of Employment Security,    Benefit Payment Control Division,    PO Box 4385,
               Chicago IL 60680-4385
15845006     +Illiopolis, George; Mayer, Brian,    142 E. Lake St.,    Bloomingdale, IL 60108-1195
15764134     +John Argoudelis,    Law Offices of John F. Argoudelis,    15133 South Route 59,
               Plainfield, IL 60544-2823
16175880     +K'Odak Mechanical, Inc.,    Kevin P O'Flaherty Appel & Kelly Ltd,    8840 Calumet Ave Suite 205,
               Munster, IN 46321-2546
15845007     +Kodak Mechanical, Inc,    475 S. Frontage Rd,   Burr Ridge, IL 60527-6225
15845008     +Law Office of John G. Argoudelis, LLC,    15133 South Route 59,    Plainfield, IL 60544-2823
15845009     +Leupold, Alan & Penny,    25818 W. Sussex Rd.,   Plainfield, IL 60586-8253
15845010     +Lipien, Dave,    332 Big Rail Drive,   Naperville, IL 60540-4466
15845011     +Maragani, Goud,    3006 13th Street, NW Apt. A,    Washington, DC 20009-7985
18307896     +McGann & Associates,    503 1/2 W Baltimore St,    Wilmington, IL 60481-1296
15845012     +Montgomery, Will,    1805 Meadow Lane,   Bannockburn, IL 60015-1846
15844996     +National City (PNC Bank),    P O Box 856177,   Louisville, KY 40285-6177
15845013     +National City (PNC),    P O Box 856177,   Louisville, KY 40285-6177
15845014     +Oswego Community Bank,    c/o Alschuler Simantz & Hem LLC,    1961 West Downer Place,
               Aurora, IL 60506-4384
17657060     +PNC BANK,   PO BOX 94982,    CLEVELAND, OH 44101-4982
15764136     +PNC Bank,   9910/9719,    c/o Mark Gittelman,   1600 Market Street,    28th Floor,
               Philadelphia, PA 19103-7239
15845019     +Paige Sharp,    206 Spring Valley Ln.,   West Lafayette, IN 47906-9402
15845020     +Robert Monaco,    606 Reserve Lane,   Joliet, IL 60431-4888
15845015      Sallie Mae,    Wilkes-Barre, PA   18773
15845016     +Self, Gretchen,,    c/o Brandon W. Self,   Elite Financial Advisor,    15255 S. 94th Ave., Ste 405,
               Orland Park, IL 60462-3889
15845017     +The Enterprise,    P O Box 1613,   Plainfield, IL 60544-3613
15845018     +Tolbert, Irene,    3020 Crib Point Dr.,   Las Vegas, NV 89134-7401
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15845022      E-mail/Text: cio.bncmail@irs.gov Apr 18 2012 01:17:58      Department of the Treasury,
               Internal Revenue Service,    PO Box 7346,   Philadelphia PA 19101-7346
15764129     +E-mail/PDF: pa_dc_claims@salliemae.com Apr 18 2012 04:14:40      Sallie Mae,    2807-1,
               P.O. Box 9533,    Wilkes-Barre, PA 18773-9533
17530275     +E-mail/PDF: pa_dc_claims@salliemae.com Apr 18 2012 04:58:44      sallie mae,    c/o sallie mae inc.,
               220 lasley ave.,    wilkes-barre pa 18706-1496
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15845003*    ++++FIRST MIDWEST BANK,    24023 W LOCKPORT ST,   PLAINFIELD IL 60544-1652
               (address filed with court: First Midwest Bank,    410 W. Lockport Rd.,    Plainfield, IL 60544)
15844995*    ++++FIRST MIDWEST BANK,    24023 W LOCKPORT ST,   PLAINFIELD IL 60544-1652
               (address filed with court: First Midwest Bank,    410 West Lockport Road,    Plainfield, IL 60586)
                                                                                        TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
 District/off: 0752-1          User: cgreen                Page 2 of 3                   Date Rcvd: Apr 17, 2012
                               Form ID: pdf006             Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2012**              **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: cgreen              Page 3 of 3                  Date Rcvd: Apr 17, 2012
                              Form ID: pdf006           Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2012 at the address(es) listed below:

```
              Bradley J Waller    on behalf of Trustee Bradley Waller bwaller@ksbwl.com,   vmaurer@ksbwl.com
              Bradley J Waller    bjwtrustee@ksbwl.com,   bwaller@ecf.epiqsystems.com
              Bruce E de'Medici    on behalf of Debtor Steven Caton bdemedici@gmail.com
              David A. Newby    on behalf of Interested Party Doug and Jan Isley dnewby@comananderson.com,
               kdavis@comananderson.com
              Deborah S Ashen    on behalf of Creditor   American Chartered Bank dsa@ashenlaw.com
              Donald J Simantz    on behalf of Creditor   Oswego Community Bank simantz@ashlaw.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Yanick  Polycarpe    on behalf of Creditor   BAC Home Loans Servicing, L.P.
               ypolycarpe@atty-pierce.com,   northerndistrict@atty-pierce.com
                                                                                             TOTAL: 8
```

Case 10-28359    Doc 66    Filed 04/17/12    Entered 04/19/12 23:41:13    Desc Imaged
Certificate of Notice    Page 8 of 8