UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CATON, MICHAEL STEVEN | § | Case No. 10-28359 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

      BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

      3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $     from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                 . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRADLEY J. WALLER_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | DEPARTMENT OF THE TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CHASE BANK USA, N.A. | | | | | |
| 3 | CHASE BANK USA, N.A. | | | | | |
| 4U | DEPARTMENT OF THE TREASURY | | | | | |
| 1 | K'ODAK MECHANICAL, INC. | | | | | |
| 6 | PNC BANK | | | | | |
| 5 | SALLIE MAE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-28359 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| --- | --- | --- | --- | --- | --- |
| Case Name: | CATON, MICHAEL STEVEN | | | Date Filed (f) or Converted (c): | 06/24/10 (f) |
| | | | | 341(a) Meeting Date: | 08/05/10 |
| For Period Ending: | 05/31/12 | | | Claims Bar Date: | 08/24/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary Residence - 16332 Hidelen River D, Plainfi | 265,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Savings - Harris Bank | 36.95 | 0.00 | DA | 0.00 | FA |
| 3. Household goods | 3,179.00 | 0.00 | DA | 0.00 | FA |
| 4. Books, pictures | 3,700.00 | 0.00 | DA | 0.00 | FA |
| 5. Clothing, suits | 300.00 | 0.00 | DA | 0.00 | FA |
| 6. Firearms, hobby | 1,020.00 | 0.00 | DA | 0.00 | FA |
| 7. Interest in Steve Caton Inc | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. Interests in partnerships - 35% - Caton Comm | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. Accounts receivable | 28,437.50 | 28,437.50 | DA | 0.00 | FA |
| 10. Computer equipment & tools of trade | 1,885.00 | 0.00 | DA | 0.00 | FA |
| 11. 24.832% interest in Hospitality Group | 0.00 | 20,000.00 | DA | 20,000.00 | FA |
| 12. 25% interest in Crest Hill TLE LLC | 0.00 | 10,000.00 | DA | 10,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.50 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $303,558.45 | $58,437.50 | | $30,000.50 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report on 05/11/12

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 03/31/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-28359 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | CATON, MICHAEL STEVEN | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******3865 Money Market Account |
| Taxpayer ID No: | *******7415 | | |
| For Period Ending: | 05/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/06/11 | 11 | Jamet M Isley<br>Naperville Bank & Trust | per court order of 09/02/2011<br>DEPOSIT CHECK #043059 | 1129-000 | 10,000.00 | | 10,000.00 |
| 09/06/11 | 11 | Janet M. Isley<br>Naperville Bank & Trust | per court order of 09/02/2011<br>DEPOSIT CHECK #043066 | 1129-000 | 5,000.00 | | 15,000.00 |
| 09/06/11 | 11 | Jamet M. Isley<br>Naperville Bank & Trust | per court order of 09/02/2011<br>DEPOSIT CHECK #043067 | 1129-000 | 5,000.00 | | 20,000.00 |
| 09/26/11 | 12 | First Midwest Bank | per court order of 09/23/2011<br>DEPOSIT CHECK #100278150 | 1129-000 | 5,000.00 | | 25,000.00 |
| 09/26/11 | 12 | First Midwest Bank | per court order of 09/23/11<br>DEPOSIT CHECK #100278176 | 1129-000 | 5,000.00 | | 30,000.00 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 30,000.13 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.19 | 29,967.94 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,968.18 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.53 | 29,908.65 |
| 11/18/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.13 | | 29,908.78 |
| 11/18/11 | | To Acct #*******3866 | | 9999-000 | | 29,908.78 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 30,000.50 | 30,000.50 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 29,908.78 | |
| Subtotal | | 30,000.50 | 91.72 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 30,000.50 | 91.72 | |

Page Subtotals 30,000.50 30,000.50

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 10-28359 -BB | Trustee Name: | BRADLEY J. WALLER |
| --- | --- | --- | --- |
| Case Name: | CATON, MICHAEL STEVEN | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******3866 Checking Account |
| Taxpayer ID No: | *******7415 | | |
| For Period Ending: | 05/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/18/11 | | From Acct #*******3865 | | 9999-000 | 29,908.78 | | 29,908.78 |
| 01/26/12 | | Transfer to Acct #*******3317 | Bank Funds Transfer | 9999-000 | | 29,908.78 | 0.00 |

|  |  |  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | COLUMN TOTALS | | 29,908.78 | 29,908.78 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 29,908.78 | 29,908.78 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals       29,908.78       29,908.78

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-28359 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | CATON, MICHAEL STEVEN | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******3317 Checking Account |
| Taxpayer ID No: | *******7415 | | |
| For Period Ending: | 05/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******3866 | Bank Funds Transfer | 9999-000 | 29,908.78 | | 29,908.78 |
| 05/11/12 | 001001 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Trustee Expenses | 2200-000 | | 140.20 | 29,768.58 |
| 05/11/12 | 001002 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Trustee Compensation | 2100-000 | | 3,750.05 | 26,018.53 |
| 05/11/12 | 001003 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Claim 4P, Payment 89.54600% | 5800-000 | | 26,018.53 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 29,908.78 | 29,908.78 | 0.00 |
| Less: Bank Transfers/CD's | 29,908.78 | 0.00 | |
| Subtotal | 0.00 | 29,908.78 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 29,908.78 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******3865 | 30,000.50 | 91.72 | 0.00 |
| Checking Account - *******3866 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******3317 | 0.00 | 29,908.78 | 0.00 |
| | 30,000.50 | 30,000.50 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 29,908.78 29,908.78

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit 9

| Case No: | 10-28359 -BB | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | CATON, MICHAEL STEVEN | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******3317 Checking Account |
| Taxpayer ID No: | *******7415 | | |
| For Period Ending: | 05/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals        0.00        0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*